NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
29492
21-SEP-2012
08:57 AM

NO. 29492

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO, Union-Appellee, v.
CITY AND COUNTY OF HONOLULU, DEPARTMENT OF FACILITY
MAINTENANCE, WAIANAE CORPORATION YARD (Griev. of
MICHAEL TALALOTU; CZ-01-19), Employer-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. 08-1-0350)

ORDER OF CORRECTION
(By:  Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order of court, filed on August 29, 2012, is corrected by replacing "S.P.P." with "S.P." in the case caption.

The clerk of the court is directed to incorporate the foregoing change in the original opinion.

DATED:  Honolulu, Hawaii, September 21, 2012.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding Judge, Leonard and Ginoza, JJ.